UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DAVID Q. WEBB,

    Plaintiff,

v.

STATE OF WASHINGTON, *et al.*,

    Defendants.

CASE NO. 3:22-cv-05448-TL

ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed the report and recommendation of Chief Magistrate Judge J. Richard Creatura (Dkt. No. 12) as well as the remaining record and no objections or responses to the Report and Recommendation having been filed, the Court ORDERS as follows:

(1) The Court ADOPTS the report and recommendation;

(2) Plaintiff's proposed complaint is DISMISSED WITHOUT LEAVE TO AMEND;

(3) Plaintiff's claims against the State of Washington, prosecutors, judges, and McDonald's are DISMISSED WITH PREJUDICE;

(4) Plaintiff's motion to proceed *in forma pauperis* is DENIED as moot, and the case is CLOSED;

ORDER ADOPTING REPORT AND
RECOMMENDATION - 1

(5) The Clerk is DIRECTED to send copies of this order to Plaintiff and to the Honorable J. Richard Creatura.

Dated this 7th day of November, 2022.

Tana Lin
United States District Judge